# ORIGINAL

WILSON PETTY KOSMO & TURNER LLP
Claudette G. Wilson (110076)
cwilson@wpkt.com
Meryl C. Maneker (188342)
mmaneker@wpkt.com
Hubert Kim (204957)
hkim@wpkt.com
550 West C Street, Suite 1050
San Diego, CA 92101
619.236.9600
Fax: 619.236.9669

MORGAN, LEWIS & BOCKIUS LLP
Anthony C. Roth (admitted *pro hac vice*)
Eric J. Maurer (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.3000
Fax: 202.739.3001

Attorneys for Stanley Electric Co., Ltd., Stanley
Electric U.S. Co., Inc., and II Stanley Co., Inc.

FILED

2006 NOV 21 PM 3: 03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stanley Electric Co. Ltd., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Turn-Key-Tech, LLC, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 01CV2109 B (NLS)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Honorable Rudi M. Brewster |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), by and between plaintiffs/counterclaim defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc., defendant/counterclaim plaintiff Turn-Key-Tech, LLC, and defendant Jens Ole Sorensen, that all claims and counterclaims in this action should be dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Accordingly, the parties hereby request that the Court enter an order dismissing this

-1-

1    action in its entirety with prejudice.

2
                                    Respectfully submitted,
3

4
     Dated: November _16_, 2006    By _____
5                                     Claudette G. Wilson (110076)
                                      Meryl C. Maneker (188342)
6                                     Hubert Kim (204957)
                                      WILSON PETTY KOSMO & TURNER LLP
7
                                      *Attorneys for Stanley Electric Co., Ltd., Stanley*
8                                     *Electric U.S. Co., Inc., and II Stanley Co., Inc.*

9

10   Dated: November _15_, 2006    By _____
11                                    Boris Zelkind (214014)
                                      KNOBBE MARTENS OLSON & BEAR LLP
12                                    550 West C Street
                                      Suite 1200
13                                    San Diego, CA 92101
                                      Tel:  619-235-8550
14                                    Fax:  619-235-0176

.15                                   *Attorney for Turn-Key-Tech LLC and Jens Ole*
                                      *Sorensen*
16

17   **IT IS SO ORDERED.**

18   Dated: _11-21-06_             By _____
19                                    Honorable Rudi M. Brewster
                                      United States District Court Judge
20

21   3114885
     111406
22

23

24

25

26

27

28

                                    -2-

# ORIGINAL

1  MORGAN, LEWIS & BOCKIUS LLP
   Anthony C. Roth (Admitted Pro Hac Vice)
2  Eric J. Maurer (Admitted Pro Hac Vice)
   1111 Pennsylvania Avenue, NW
3  Washington, D.C. 20004
   Telephone: (202) 739-3000
4  Facsimile: (202) 739-3001

5  WILSON PETTY KOSMO & TURNER LLP
   CLAUDETTE G. WILSON (110076)
6  MERYL C. MANEKER (188342)
   HUBERT KIM (204957)
7  550 West C Street, Suite 1050
   San Diego, CA 92101
8  Telephone: (619) 236-9600
   Facsimile: (619) 236-9669

9
   Attorneys for Plaintiffs and Counter-Defendants
10 STANLEY ELECTRIC CO. LTD., STANLEY ELECTRIC U.S. CO., INC.
   AND II STANLEY CO., INC.

11

12            **UNITED STATES DISTRICT COURT**

13            **SOUTHERN DISTRICT OF CALIFORNIA**

14 STANLEY ELECTRIC CO. LTD., STANLEY      | Case No. 01 CV 2109 B (NLS)
   ELECTRIC U.S. CO., INC. AND II STANLEY  |
15 CO., INC.,                               | **DECLARATION OF SERVICE**

16            Plaintiffs,                   | District Judge:    Hon. Rudi M. Brewster
                                            | Magistrate Judge:  Hon. Nita L. Stormes
17     v.                                   |
                                            | Complaint Filed:   November 15, 2001
18
   TURN-KEY-TECH L.L.C. and JENS OLE
19 SORENSEN,

20            Defendants.

21

22 AND RELATED ACTIONS.

23

24       I, the undersigned, declare as follows:

25       I am employed with the law firm of WILSON PETTY KOSMO & TURNER LLP, whose
   address is 550 West "C" Street, Suite 1050, San Diego, California 92101. I am readily familiar with
26 the business practices of this office for collection and processing of correspondence for mailing with
   the United States Postal Service; I am over the age of eighteen and I am not a party to this action.
27
         On November 16, 2006, I served the following documents, bearing the titles:
28

Case No. 01 CV 2109 B (NLS)

1.    **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

[X]    by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Boris Zelkind, Esq.
Knobbe Martens Olson & Bear, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 235-8550
Facsimile: (619) 235-0176
*Attorneys for Defendants TURN-KEY-TECH, LLC and JENS OLE SORENSEN*

[X]    (By **MAIL SERVICE**) I placed such envelopes for collection and mailing on this date following ordinary business practices.

[ ]    (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

[ ]    (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]    (By **FEDERAL EXPRESS – NEXT DAY DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2006, at San Diego, California.

Sharon Purchase

2